UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                      :

UNITED STATES OF AMERICA          :       **FINAL ORDER OF FORFEITURE**
                                        :

                -v.-                  :       S5 08 Cr. 1295 (RJS)
                                        :

TARA MCCAFFREY,                :
                                        :

             Defendant.           :
                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X



On or about May 19, 2011, the Court entered a Preliminary/Final Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (Doc. No. 86), which ordered the forfeiture to the United States of all right, title, and interest of TARA MCCAFFREY (the "Defendant") in the following property:

      a.     One 9 millimeter Calico with serial number J0000392;
      b.     One .357 Ruger with serial number 170-79653;
      c.     One .357 Colt with  serial number 32539L;
      d.     One .40 caliber Smith and Wesson with serial number PAV580;
      e.     One .40 caliber Ruger with serial number 301-02910;
      f.     One 9 millimeter Uzi with serial number 96313210;
      g.     One .40 caliber Glock with serial number KFL514;
      h.     One 9 millimeter Glock with serial number SW414;
      i.     One .40 caliber Walther with serial number 400195;
      j.     One 9 millimeter Kahr with serial number GC0082; and
      k.     One .357 Magnum Model  Security Six L/S 453 426.

(a through k, collectively, the "Specific Property").

The Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  The Preliminary Order of Forfeiture further stated that the United States should, to the extent practicable, provide direct

written notice to any person known to have an alleged interest in the Specific Property as a substitute for published notice as to those persons so notified.

The provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property.  Beginning on March 12, 2013, and for thirty (30) consecutive days thereafter, concluding on April 10, 2013, the government posted a Notice of Forfeiture and Intent to Dispose of the Specific Property on an official government internet site (www.forfeiture.gov), pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.  Proof of such publication was filed with the Clerk of the Court on September 22, 2021.  (Doc. No. 136).

Accordingly, because:  thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed; the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property for which no petition for a hearing to contest the forfeiture has been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title, and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law;

2.      Pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Specific Property; and

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       September 24, 2021

SO ORDERED:

RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

3